

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2022

No. 04-21-00410-CR

James Cornelious **SCOTT**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR7104
Honorable Michael E. Mery, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on April 25th, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of April, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court